Form ntcdsm

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Case No.: 16−08538
Chapter: 13
Judge: Jack B. Schmetterer

In Re:
  Elia P Huerta
  4017 Maple Ave
  Brookfield, IL 60513

Social Security / Individual Taxpayer ID No.:
  xxx−xx−0632

Employer Tax ID / Other nos.:

---

### NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered on February 8, 2017

 

FOR THE COURT

Dated: February 14, 2017                      <u>Jeffrey P. Allsteadt , Clerk</u>
                                                   United States Bankruptcy Court

```
                              United States Bankruptcy Court
                              Northern District of Illinois

In re:                                                                    Case No. 16-08538-JBS
Elia P Huerta                                                             Chapter 13
        Debtor                       CERTIFICATE OF NOTICE
District/off: 0752-1           User: dgomez                 Page 1 of 2                  Date Rcvd: Feb 14, 2017
                               Form ID: ntcdsm              Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 16, 2017.
db             +Elia P Huerta,    4017 Maple Ave,     Brookfield, IL 60513-1937
24335256       +Aargon Agency As Agent For Com Ed - Commonwealth E,      Com Ed  Commonwealth Edison Company,
                 8668 Spring Mountain Rd,    Las Vegas, NV 89117-4132
24312034       +Acs/uheaa,    501 Bleecker St,    Utica, NY 13501-2401
24312035       +Acs/wells Fargo,    501 Bleecker St,     Utica, NY 13501-2401
24312037       +Caine & Weiner,    Po Box 5010,    Woodland Hills, CA 91365-5010
24312042        First Premier Bank,    601 S Minniapolis Ave,     Sioux Falls, SD 57104
24634847       +Midland Funding, LLC,    P.O. Box 2011,    Warren, MI 48090-2011
24596058       +Nationstar Mortgage,    P.O. Box 619094,    Dallas, TX 75261-9094
24312045       +Patricia Lopez,    4017 Maple Ave,    Brookfield, IL 60513-1937
24698604       +Pinnacle Credit Services, LLC its successors and,     assigns as assignee of Cellco,
                 Partnership d/b/a Verizon Wireless,     Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
24312048       +Recovery One Llc,    3240 Henderson Rd,    Columbus, OH 43220-2300
24312049        Rosa Silva,   3842 S Cuyler Ave,     Berwyn, IL 60402
24312050       +Seggio Development LLC,    c/o Dordek Rosenburg & Assoc,     8424 Skokie Blvd, Ste 200,
                 Skokie, IL 60077-2568
24427766       +UHEAA on behalf of ECMC,    Education Credit Management Corporation,
                 Lockbox #8682  PO Box 16478,    Salt Lake City UT 84110

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
24312036       +E-mail/Text: RBALTAZAR@ARMORSYS.COM Feb 15 2017 02:29:01       Armor Systems Co,   1700 Kiefer Dr,
                 Ste 1,   Zion, IL 60099-5105
24312038       +EDI: CAPONEAUTO.COM Feb 15 2017 01:48:00      Capital One Auto Finance,    7933 Preston Rd,
                 Plano, TX 75024-2302
24401967       +EDI: AISACG.COM Feb 15 2017 01:43:00      Capital One Auto Finance,
                 a division of Capital One, N.A.,    P.O. Box 201347,    Arlington, TX 76006-1347
24328701       +EDI: AISACG.COM Feb 15 2017 01:43:00      Capital One Auto Finance,,    a division of Capital On,
                 Ascension Capital Group,    P.O. Box 201347,    Arlington, TX 76006-1347
24312039        EDI: WFNNB.COM Feb 15 2017 01:43:00      Comenity Bank/Lane Bryant,    Po Box 18215,
                 Columbus, OH 43218
24312040       +EDI: RCSFNBMARIN.COM Feb 15 2017 01:43:00       Credit One Bank Na,   Po Box 98873,
                 Las Vegas, NV 89193-8873
24312041       +E-mail/Text: electronicbkydocs@nelnet.net Feb 15 2017 02:27:18       Dept Of Ed/Nelnet,
                 Attn: Claims,    Po Box 82505,    Lincoln, NE 68501-2505
24312043        E-mail/Text: rev.bankruptcy@illinois.gov Feb 15 2017 02:26:15
                 Illinois Department of Revenue 1/15,     Bankruptcy Section,    PO Box 64338,
                 Chicago, IL 60664-0338
24643907        EDI: RESURGENT.COM Feb 15 2017 01:48:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
24312044       +E-mail/Text: bnc@nordstrom.com Feb 15 2017 02:25:18       Nordstrom Fsb,   Correspondence,
                 Po Box 6555,    Englewood, CO 80155-6555
24312046       +EDI: RESURGENT.COM Feb 15 2017 01:48:00      Pinnacle Credit Services,    Po Box 640,
                 Hopkins, MN 55343-0640
24675738       +EDI: JEFFERSONCAP.COM Feb 15 2017 01:49:00       Premier Bankcard, Llc,
                 c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-9617,
                 Orig By: Premier Bankcard Mc 56302-7999
24709063        EDI: Q3G.COM Feb 15 2017 01:49:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                 PO Box 788,    Kirkland, WA 98083-0788
24312047       +E-mail/Text: Supportservices@receivablesperformance.com Feb 15 2017 02:28:56
                 Receivables Performance Mgmt,     Attn: Bankruptcy,    Po Box 1548,    Lynnwood, WA 98046-1548
24312051       +EDI: RMSC.COM Feb 15 2017 01:43:00      Synchrony Bank/ Old Navy,    Attn: Bankruptcy,
                 Po Box 103104,    Roswell, GA 30076-9104
24312052       +EDI: RMSC.COM Feb 15 2017 01:43:00      Synchrony Bank/AVB Buying Group,     Attn: Bankruptcy,
                 Po Box 103104,    Roswell, GA 30076-9104
24312053       +EDI: RMSC.COM Feb 15 2017 01:43:00      Synchrony Bank/Sams,    Attn: Bankruptcy,   Po Box 103104,
                 Roswell, GA 30076-9104
24312054       +EDI: RMSC.COM Feb 15 2017 01:43:00      Synchrony Bank/Walmart,    Attn: Bankruptcy,
                 Po Box 103104,    Roswell, GA 30076-9104
24710007       +E-mail/Text: bncmail@w-legal.com Feb 15 2017 02:27:23       TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,     SEATTLE, WA 98121-3132
24312055       +EDI: WTRRNBANK.COM Feb 15 2017 01:43:00      Target,    C/O Financial & Retail Services,
                 Mailstop BT PO Box 9475,    Minneapolis, MN 55440-9475
24347979       +E-mail/Text: electronicbkydocs@nelnet.net Feb 15 2017 02:27:18       U.S. Department of Education,
                 C/O Nelnet,    121 South 13th Street, Suite 201,     Lincoln, NE 68508-1911
                                                                                              TOTAL: 21

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1          User: dgomez              Page 2 of 2                  Date Rcvd: Feb 14, 2017
                              Form ID: ntcdsm           Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 8, 2017 at the address(es) listed below:
              Ben L Schneider    on behalf of Creditor    Seggio Development LLC ben@windycitylawgroup.com,
               mstone@windycitylawgroup.com;ebrandes@windycitylawgroup.com
              Clayton L Everett    on behalf of Creditor    Capital One Auto Finance ecf@everettlegal.com
              David H Cutler    on behalf of Debtor 1 Elia P Huerta cutlerfilings@gmail.com
              Jennifer M Rinn    on behalf of Creditor    Capital One Auto Finance JenniferR@kropik.net
              Michael J Kalkowski    on behalf of Creditor    U.S. Bank National Association, as Trustee,
               successor in interest to Bank of America, National Association, as Trustee, successor by merger
               to LaSalle Bank National Association, as Trustee for Merrill mkalkowski@fisherandshapirolaw.com,
               BK_IL_Notice@fisherandshapirolaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard B Aronow    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor
               in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle
               Bank National Association, as Trustee for Merrill raronow@logs.com, bk_il_notice@logs.com
              Tom Vaughn    ecf@tvch13.net,  ecfchi@gmail.com
                                                                                             TOTAL: 8
```